IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0412-CG-M |
| ALAN J. SWINDALL and BARBARA SWINDALL, | : |
| Defendants. | : |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendants' Motion to Dismiss is **DENIED,** but that their Motion to Transfer is **GRANTED** (Docs. 7-8). It is further **ORDERED** that this action be transferred to the United States District Court for the Middle District of Alabama, Eastern Division pursuant to 28 U.S.C. § 1404(a).

**DONE and ORDERED** this 13th day of September, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE